**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: MIDLAND CREDIT MANAGEMENT INC.TELEPHONE CONSUMER PROTECTIONACT LITIGATION | Case No. 11-md-2286-MMA (MDD)<br>Member Case No.: 15cv2477-MMA (MDD)<br><br>**ORDER DENYING AS MOOT MOTION TO LIFT STAY**<br><br>[Doc. No. 728] |

Plaintiff Jeremy R. Johnson ("Johnson") filed a "motion for an Order lifting the stay of motion practice to permit Johnson to file a motion to amend his Complaint" under Federal Rule of Civil Procedure 15(a)(2).[1] Doc. No. 728. at 1. The Court notes that there is no stay on motion practice currently in effect. Rather, this multidistrict litigation (MDL) has established common discovery parameters and deadlines typical of a standard MDL to achieve "coordinated or consolidated pretrial proceedings." Doc. No. 1 at 2; *see,*

---

[1] Johnson failed to contact the undersigned's Chambers to obtain a hearing date before filing his motion. Johnson should review this District's Local Rules and the undersigned's Chambers Rules for proper motion practice procedures. *See* S.D. Cal. Civ. R. 7.1(b); Civ. Chambers R. II.

*e.g.*, Doc. Nos. 702, 725, 726.  Accordingly, the Court **DENIES AS MOOT** Johnson's motion to lift the stay on motion practice.  If Johnson wishes to file a motion to amend his Complaint, he must contact the undersigned's Chambers and obtain a hearing date prior to doing so.

  **IT IS SO ORDERED**.

Dated: December 18, 2019

             */s/ Michael M. Anello*
             Hon. Michael M. Anello
             United States District Judge