# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jeremy R. Johnson,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Encore Capital Group, Inc., et al.,<br><br>　　　　Defendants. | COURT MINUTES – CIVIL<br>BEFORE:  BECKY R. THORSON<br>U.S. MAGISTRATE JUDGE<br><br>Case No:　　　　21-709 WMW/BRT<br>Date:　　　　　May 7, 2021<br>Time Commenced: 10:00 am<br>Time Concluded:　10:20 am<br>Time in Court:　　20 Minutes |

Hearing on: **RULE 16 CONFERENCE**

**APPEARANCES:**

　　　Plaintiff:　　Mark L. Heaney

　　　Defendants:　Kristina Kaluza, Theodore Seitz

**PROCEEDINGS:**

　　　X　　Via Zoom

**Other Remarks:**

　　　Discussion of pretrial deadlines and settlement. A Pretrial Scheduling Order will be issued.

　　　　　　　　　　　　　　　　　　*s/ MSK*　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　Courtroom Deputy/Judicial Assistant